# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)      Case No. 24-mj- 219-01-AJ
THE SEARCH AND SEIZURE OF BLACK APPLE )
iPHONE MOBILE DEVICE, CURRENTLY AT ATF )
MANCHESTER, NH FIELD OFFICE EVIDENCE VAULT )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 922(j) | Possession of Stolen Firearm |
| 18 USC Sec 922 (u) | Theft from a Federal Firearms Licensee |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ T. Sean Hoover
*Applicant's signature*

T. Sean Hoover, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic means *(specify reliable electronic means)*.

Date: **Sep 6, 2024**

*Judge's signature*

City and state: Concord, NH                Hon. Andrea K. Johnstone
*Printed name and title*